United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Douglas Longhini, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-22848-Civ-Scola |
| | ) |
| TCP Investment Group, LLC, and others, Defendants | ) |

**Order Requiring Discovery And Scheduling Conference,
Order Requiring Verified Statement In ADA Case, And
Order Referring Discovery Matters To The Magistrate Judge**

THIS MATTER is before the Court upon an independent review of the record. It is **ordered and adjudged** as follows:

1. The Complaint alleges violations by the Defendant of the Americans with Disabilities Act. In order to assist the Court in the management of the case, the Plaintiff must file a verified statement of particulars **no later than 21 days from date of this Order, inclusive of mailing days**. The verified statement of particulars must address the following issues:

   a. Has the Defendant or the Defendant's property ever been the subject of a lawsuit for any violations of the ADA, whether the same, similar, or otherwise? In responding to these questions, the Plaintiff is required to conduct a diligent search of case filings on ECF or in the records of the Clerk of the United States District Court for the Southern District of Florida.

   b. If there has been a prior lawsuit, or lawsuits, of the nature described above, Plaintiff's counsel must state the case name and case number of the prior lawsuit(s). Plaintiff's counsel must also state the present status of that litigation (*e.g.*, pending, closed, etc.). If a case is no longer pending, counsel must indicate the nature of the disposition (*e.g.*, settlement, dismissal, etc.).

   c. If there was such litigation and it was disposed of by settlement, counsel must furnish to the Court specific details of the settlement, including any agreement for attorney's fees and costs, either known to counsel or ascertainable by him or her with reasonable inquiry. Counsel must also inform the Court of whether the Defendant has complied with any such settlement agreement and if not, what actions Defendant must take to comply.

   d. Regardless of whether the prior litigation was resolved by settlement, Plaintiff's counsel must indicate whether the Defendant in the prior

       litigation has made any of the necessary repairs to the property to try to bring it into compliance with the ADA. Counsel must include the current status of any such required repairs and state whether any repairs remain to be performed.

      e. What are the specific date(s) and time(s) that the Plaintiff visited the facility or property at issue in this lawsuit?

      f. What are the specific areas of the subject property that Plaintiff visited? If Plaintiff visited "all" areas of the property, then you must set forth each such area separately and specifically.

      g. Specifically list each of the architectural barriers that Plaintiff personally observed, encountered, or experienced at this facility.

2. Within 14 days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3. Within seven days of the parties' discovery and scheduling conference, the parties must file a joint discovery plan and conference report, as set forth in Federal Rule of Civil Procedure 26(f)(3) and Local Rule 16.1(b)(2). The parties should note that Federal Rule of Civil Procedure 26(f)(3)(B) and Local Rule 16.1(b)(C) requires the joint discovery plan and conference report to state the parties' proposed time limit to complete discovery.

4. The parties do not need to submit a joint proposed scheduling order pursuant to Local Rule 16.1(b)(3). It is this Court's practice to set ADA cases on an expedited case track. This expedited case track requires the parties to complete discovery approximately three months from of the date of the Court's Scheduling Order, and provides for a trial date approximately 230 days from of the date of the Court's Scheduling Order. The Court's expedited case track is set forth in Attachment "A" to this Order. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines.

5. <u>Magistrate Judge Referral</u>.  By virtue of 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **refers** all discovery motions in this case to Magistrate Judge Alicia M. Otazo-Reyes to take all necessary and proper action as required by law.

6. <u>Settlement Conference Before Magistrate Judge</u>. The parties may, at any time, file a motion requesting a settlement conference before Magistrate Judge Alicia M. Otazo-Reyes. The Court encourages the parties to consider a confidential settlement conference with Judge Otazo-Reyes, especially if the

parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

7. <u>Discovery Motion Procedures</u>.  Discovery motions (which must contain the Local Rule 7.1(a)(3) certification of good-faith conference) will be handled on an **expedited briefing schedule** and with a **shortened page limitation**, to prevent delay to the pretrial schedule.  The parties must file responses and replies to discovery motions no later than seven days after a motion, or response, is filed.  These deadlines are inclusive of the "mailing" days allotted by the Federal and Local Rules.  Any contrary deadlines that may appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot modify this Order.

Any discovery motion and response, including the incorporated memorandum of law, may not exceed 10 pages.  Any reply memoranda may not exceed five pages.  Also, the parties should note that Federal Rule of Civil Procedure 29 permits parties to stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial.

**Done and ordered** in chambers, at Miami, Florida, on July 31, 2015.

_____
Robert N. Scola, Jr.
United States District Judge

# Attachment "A" to the Order Requiring Discovery and Scheduling Conference

## Example Scheduling Timeline For Expedited Track Cases

| Days After Entry of The Scheduling Order | |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings. |
| 60 | Deadline to file joint interim status report. |
| | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 99 | Deadline to complete fact discovery. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2).  Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| 114 | Deadline for the filing of all dispositive motions. |
| 119 | Deadline to complete mediation. |
| 144 | Deadline to complete all expert discovery. |
| 45 days BEFORE calendar call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| 30 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 10 days BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 1 week before trial period commences | Calendar Call. |
| 234 (approximate) | Two-week trial period commences. |