UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

Case No.: 1:15-cv-22848-RNS

v.

TCP INVESTMENT GROUP, LLC, d/b/a
TOWN & COUNTRY PLAZA, a Florida limited
liability company; and, LA PERLA DEL RINCON
DEL MAR INC., d/b/a LA PERLA SEAFOOD
BAR & GRILL, a Florida corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT, REY PIZZA CORP., d/b/a REY'S PIZZA

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff, DOUGLAS LONGHINI, files this notice of voluntary dismissal without prejudice of all claims asserted against Defendant, REY PIZZA CORP., d/b/a REY'S PIZZA, with each party to bear their own fees and costs.

**DATED** this 19th day of August, 2015.

Respectfully submitted,

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 352-219-1974
E-mail: tallison@espinosalawgroup.com
E-mail: despinosa@espinosalawgroup.com

By: */s/ Thomas C. Allison*
    Thomas Allison, Esq.
    Florida Bar No. 35242
    Daniel A. Espinosa, Esq.
    Florida Bar No. 81686

*Counsel For The Disabled*

*Longhini v. TCP Investment Group, LLC, etc., et al.*
Case No.: 1:15-cv-22848-RNS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 19th day of August, 2015.

By: */s/ Thomas C. Allison*
Thomas Allison, Esq.
Florida Bar No. 35242

**Service List**

Julio Gutierrez, Esq.
JULIO GUTIERREZ, P.A.
2464 S.W. 137th Ave.
Miami, FL 33175
E-mail: jgpa@msn.com

*Counsel for Rey Pizza Corp.*